IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TANIYA M. THOMPSON**, | Case No. 6:19-cv-01503-IM |
| Plaintiff, | **ORDER** |
| v. | |
| **COMMISSIONER OF SOCIAL SECURITY**, | |
| Defendant. | |

**IMMERGUT, District Judge.**

Having considered Plaintiff's Motion for Attorney's Fees, ECF 21, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $8236.19. The attorney's fees shall be offset by the Equal Access to Justice ("EAJA") fees received by counsel in the amount of $5,783.17. The resulting net cost to Plaintiff pursuant to the contingency-fee agreement, ECF 21-1, is $2,453.02 as full settlement of all attorney's fees pursuant to 42 U.S.C. §406(b). Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, Drew L. Johnson, P.C., less an

PAGE 1 – ORDER

administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to their office at 1700 Valley River Drive, Eugene, OR 97401, consistent with this Order. The balance of any past-due benefits withheld by Defendant in excess of $2,453.02 shall be released to Plaintiff. There are no other costs.

**IT IS SO ORDERED.**

DATED this 30th day of November, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER